UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STEPHEN LAWRENCE, : 23-cv-9844 (SHS)

               Plaintiff, : <u>ORDER</u>

-against- :

THOMAS MICHAEL FLOHR, :

              Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of defendant's letter to the Court dated January 8, 2024 [Doc. No. 14], and plaintiff's letter in response to defendant's letter [Doc. No. 16].

    IT IS HEREBY ORDERED that:

    1.    Defendant's time to answer or move in response to the complaint is extended to February 1, 2024;

    2.    The initial pretrial conference scheduled for January 11 is adjourned to February 8, 2024, at 11:00 a.m.; and

    3.    The defendant is urged to retain a lawyer considerably prior to February 1, 2024.

Dated: New York, New York
       January 9, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.