UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

STEPHEN LAWRENCE, : 23-cv-9844 (SHS)

                Plaintiff, : <u>ORDER</u>

    -against- :

THOMAS MICHAEL FLOHR, :

                Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present, and defendant Thomas Flohr present,

    IT IS HEREBY ORDERED that:

    1.    Defendant's last day to answer or move in response to the complaint is extended to February 23, 2024;

    2.    There will be a status conference in this matter on April 18, 2024, at 10:30 a.m.;

    3.    The last day for completion of discovery is August 30, 2024; and

    4.    The Clerk's Certificate of Default [Doc. No. 20] is vacated. A notice of appearance on behalf of defendant was filed on February 6, 2024.

Dated: New York, New York
       February 8, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.