UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

STEPHEN LAWRENCE,                                :      23-cv-9844 (SHS)

                  Plaintiff,                          :      ORDER

    -against-                                          :

THOMAS MICHAEL FLOHR,                   :

                  Defendant.                       :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The conference scheduled for April 18 at 10:00 a.m. is adjourned *sine die* in light of the pending motion to dismiss for failure to join a required party.

Dated: New York, New York
        April 17, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.