UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

STEPHEN LAWRENCE,                          :        23-cv-9844 (SHS)

                Plaintiff,             :        ORDER

    -against-                              :

THOMAS MICHAEL FLOHR,                       :

              Defendant.            :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A telephone conference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that there will be a teleconference via MS Teams on August 28, 2024, at 10:00 a.m. The link will be provided to counsel by email before August 28.

Dated: New York, New York
      July 17, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.