UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

STEPHEN LAWRENCE,                          :        23-cv-9844 (SHS)

                Plaintiff,              :        ORDER

      -against-                            :

THOMAS MICHAEL FLOHR,                       :

              Defendant.             :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A teleconference having been held today, with counsel for all parties and defendant participating,

      IT IS HEREBY ORDERED that:

      1.     The last day for completion of discovery is adjourned *sine die;*

      2.     Defendant shall respond to plaintiff's first request for production of documents on or before September 12, 2024; and

      3.     Defendant shall provide to plaintiff all contact information for Allyn Brennan including when he is returning to the United States and where he will be residing, as set forth in today's teleconference.

Dated: New York, New York
      August 28, 2024

                                SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.