UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

STEPHEN LAWRENCE,                          :        23-cv-9844 (SHS)

                Plaintiff,        :        ORDER

      -against-                          :

THOMAS MICHAEL FLOHR,                       :

             Defendant.         :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that a teleconference via MS Teams will be held on
Thursday, September 5, 2024, at 2:30 p.m. for the Court to read a decision on defendant's
pending motion to dismiss for lack of an indispensable party. The Teams link will be emailed to
the parties.

Dated: New York, New York
       September 4, 2024

                                 SO ORDERED:

                                 Sidney H. Stein, U.S.D.J.