UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

STEPHEN LAWRENCE,  :   23-cv-9844 (SHS)

               Plaintiff,  :   <u>ORDER</u>

  -against-  :

THOMAS MICHAEL FLOHR,  :

              Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today, with defendant and counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.    For the reasons set forth on the record at today's teleconference, defendant's motion to dismiss this action under Rule 19 [Doc. No. 25] is denied;

    2.    The last day for defendant to respond to plaintiff's first request for production of documents remains at September 12, 2024; and

    3.    The parties shall file an agreed upon proposed discovery schedule on or before September 19, 2024.

Dated: New York, New York
       September 5, 2024

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.