UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEPHEN LAWRENCE,                           :       23-cv-9844 (SHS)

                Plaintiff,                      :       <u>ORDER</u>

      -against-                                  :

THOMAS MICHAEL FLOHR,                       :

                Defendant.                      :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    The last day for plaintiff's deposition is November 15, 2024;

    2.    The last day for defendant's deposition is November 29, 2024;

    3.    The last day for expert discovery is February 28, 2024;

    4.    Depositions may be taken remotely;

    5.    The last day for defendant to answer the complaint in this action is September 19, 2024; and

    6.    The last day for defendant to file a third-party complaint is October 3, 2024. *See* Fed. R. Civ. P. 14(a)(1).

Dated: New York, New York
       September 19, 2024

                                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.