UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LAWRENCE,

                Plaintiff,

-against-

THOMAS MICHAEL FLOR,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2024

POST-CONFERENCE ORDER

23-CV-9844 (SHS)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed at the Initial Case Management Conference on November 12, 2024, the current discovery deadlines are extended by 90 days. Specifically, Plaintiff's deposition shall be completed by **Thursday, February 13, 2025** and Defendant's deposition shall be completed by **Thursday, February 27, 2025**. The deadline for expert discovery is extended to **Thursday, May 29, 2025**.

      The parties are directed to meet and confer concerning the production of metadata and produce metadata by **Friday, December 13, 2024**.

      To the extent Defendant seeks to file a motion for alternative service regarding his third-party complaint, that motion must be filed by **Wednesday, November 27, 2024**.

      A Case Management Conference is hereby scheduled for **January 9, 2025 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 56**.

**SO ORDERED.**

Dated:   November 13, 2024
         New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge