USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LAWRENCE,

                Plaintiff,

-against-

THOMAS MICHAEL FLOR,

                Defendant.

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

23-CV-9844 (SHS)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Case Management Conference in this matter scheduled on Thursday, January 9, 2025 at 11:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, January 13, 2025 at 10:00 a.m.**

SO ORDERED.

Dated: January 2, 2025
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge