```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LAWRENCE,

                Plaintiff,

-against-

THOMAS MICHAEL FLOHR,

                Defendant.

**POST-CONFERENCE ORDER**

**23-CV-9844 (SHS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed at the Case Management Conference on February 6, 2025, the deadline for the depositions of both Plaintiff and Defendant is extended until **February 28, 2025**. To the extent Defendant seeks a certificate of default as to the third-party Defendants, Defendant should initiate that process before February 27, 2025.

      **SO ORDERED.**

Dated:  February 6, 2025
          New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge