USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LAWRENCE,

Plaintiff,

-against-

THOMAS MICHAEL FLOHR,

Defendant.

**SCHEDULING ORDER**

**23-CV-9844 (SHS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

An Order to Show Cause Hearing is hereby scheduled for **February 27, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York to determine whether Defendant should be sanctioned for failing to comply with his discovery obligations. Defendant Thomas Michael Flohr is ordered to be present at the Order to Show Cause Hearing. Defendant Flohr is warned that failure to appear at the hearing or failure to participate in discovery may result in sanctions, including recommendation that a default judgment be entered against him.

Plaintiff shall file a motion to compel pursuant to Federal Rule of Civil Procedure 37 by **February 13, 2025** and Defendant shall file an opposition by **February 27, 2025**.

**SO ORDERED.**

Dated: February 6, 2025
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge