UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/20/2025_____
```

STEPHEN LAWRENCE,

                          Plaintiff,

               -against-

THOMAS MICHAEL FLOHR,

                          Defendant.

**ORDER**

**23-CV-9844 (SHS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 19, 2025 Defendant filed a proposed certificate of default for third-party

Defendant Roy Hudson, citing service pursuant to Florida law. (*See* ECF Nos. 76, 85.) Defendant

is directed to file a letter and supporting affidavit with the Court by **February 26, 2025**,

explaining why email service on Mr. Hudson was proper, addressing Federal Rule of Civil

Procedure 4, Florida law, and relevant case law.

        **SO ORDERED.**

Dated:    February 20, 2025
          New York, New York

                                    *Katharine H Parker*
                                    _____
                                            KATHARINE H. PARKER
                                          United States Magistrate Judge