UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LAWRENCE,

                Plaintiff,

-against-

THOMAS MICHAEL FLOR,

                Defendant.

**ORDER**

23-CV-9844 (SHS)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of the parties' joint letter stating the parties' respective positions on whether the claims contained in Defendant's third-party complaint should be stayed in light of Defendant's recent filing for bankruptcy. (ECF No. 95.) After consideration, discovery is stayed for 60 days with regard to Defendant's third-party complaint. Defendant shall file a status letter by **May 12, 2025**, updating the Court on the status of any settlement with the third-party Defendants and Defendant's position on a continued stay.

**SO ORDERED.**

Dated:   March 11, 2025
            New York, New York

                                            KATHARINE H. PARKER
                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2025