UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 4/9/2025 _____

STEPHEN LAWRENCE,

                                Plaintiff,

                -against-

THOMAS MICHAEL FLOR,

                                Defendant.

**ORDER**

**23-CV-9844 (SHS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendant's letter describing substituted service on third-party defendant Roy Hudson. (ECF No. 90.) Defendant asserts that service was proper pursuant to Fla. Stat. Ann. § 48.161, however, subsection (2) of § 48.161 requires that if a party is served by substituted service, "the notice of service and a copy of the process must be served at such party's last known physical address and, if applicable, last known electronic address." Defense counsel states in his declaration that he notified Mr. Hudson of the substituted service via email, but not via service to Mr. Hudson's last known address. Accordingly, by **April 16, 2025**, Defendant shall file proof of notice of substitute service and a copy of the process at Mr. Hudson's last known physical address.

**SO ORDERED.**

 Dated:    April 9, 2025
             New York, New York

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge