UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LAWRENCE,

                Plaintiff,

-against-

THOMAS MICHAEL FLOHR,

                Defendant.

**ORDER**

23-CV-9844 (SHS)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On April 9, 2025, this Court ordered Defendant to make additional filings regarding his compliance with Florida service statutes to serve third-party defendant Roy Hudson. (ECF No. 97.) On April 16, the Defendant filed a letter indicating that last week he had "furnished to process servers in Florida" the Third-Party Complaint and supporting papers in this action "for service or substituted service on Third-Party Defendant Roy Hudson at the most recent physical address in Florida known to us." (ECF No. 98.) The Court deems this filing sufficient to meet the requirements for service and concludes Mr. Hudson has been properly served. Defendant shall upload a revised Proposed Certificate of Default as to Mr. Hudson on or before April 24, 2025.

      **SO ORDERED.**

Dated:  April 17, 2025
           New York, New York

                                              KATHARINE H. PARKER
                                              United States Magistrate Judge