UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LAWRENCE,<br><br>                    Plaintiff,<br><br>         -against-<br><br>THOMAS MICHAEL FLOHR,<br><br>                    Defendant. | **POST-CONFERENCE ORDER**<br><br>23-CV-9844 (SHS)(KHP) |
| THOMAS MICHAEL FLOHR**,**<br><br>                    Third-Party Plaintiff,<br><br>         -against-<br><br>NEW RIVERBANK, LLC, ROY A. HUDSON, and ALLYN BRENNAN,<br><br>                    Third-Party Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties in the above-captioned case appeared before the undersigned for a Case Management Conference on October 29, 2025. On the record, Plaintiff requested to renew his motion for sanctions against Defendant with updated submissions. The Court granted the request on the record and stated the opening brief would be due **November 26, 2025.** The opposition shall be due **December 19, 2025.** The reply shall be due **January 9, 2026.**

Furthermore, Defendant/Third-Party Plaintiff should promptly correspond with the Clerk's office regarding the open request for a certificate of default. (ECF No. 100 and Exhs. 1-2.) Any motion for a default judgment against the non-appearing third-party defendants shall be filed within 30 days of the issuance of a certificate of default by the Clerk's Office.

      The Clerk is respectfully directed to mail a copy of this order (and future orders) to Mr. Allyn Brennan and Mr. Roy Hudson, whose addresses are as follows:

      Allyn L. Brennan, 115 Kali Ln., Suite A, Poplar Bluff, MO 63901 U.S.A.

      Roy Hudson, 1314 E Las Olas Blvd, 1230, Fort Lauderdale, FL 33301 U.S.A.

**SO ORDERED.**

Dated:   October 29, 2025
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge