UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LAWRENCE,<br><br>                    Plaintiff,<br><br>    -against-<br><br>THOMAS MICHAEL FLOHR,<br><br>                    Defendant. | **SCHEDULING ORDER**<br><br>23-CV-9844 (SHS)(KHP) |
| THOMAS MICHAEL FLOHR**,**<br><br>                    Third-Party Plaintiff,<br><br>    -against-<br><br>NEW RIVERBANK, LLC, ROY A. HUDSON, and ALLYN BRENNAN,<br><br>                    Third-Party Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court received return mail in this case regarding its order at ECF No. 108. It appears Roy Hudson is no longer at the Fort Lauderdale address previously provided. The third-party plaintiff shall make efforts to locate his address. The parties in this case shall file a status update regarding the effort to obtain a current address for Mr. Hudson as well any other case updates (including progress on any contemplated default judgment motions on the third-party complaint) by **January 12, 2026**.

The Clerk is respectfully directed to mail a copy of this order (and future orders) to Mr. Allyn Brennan, whose address is as follows:

   Allyn L. Brennan, 115 Kali Ln., Suite A, Poplar Bluff, MO 63901 U.S.A.

**SO ORDERED.**

Dated:    November 12, 2025
             New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge