UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LAWRENCE,<br><br>      Plaintiff,<br><br>     -against-<br><br><br>THOMAS MICHAEL FLOHR,<br><br>      Defendant. | **ORDER STAYING CASE**<br><br>**23-CV-9844 (SHS) (KHP)** |
| THOMAS MICHAEL FLOHR**,**<br><br>      Third-Party Plaintiff,<br><br>     -against-<br><br>NEW RIVERBANK, LLC, ROY A. HUDSON, and<br>ALLYN BRENNAN,<br><br>      Third-Party Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendant Flohr's letter asserting that it would not be productive "or even possible" to pursue the third-party claims pending the bankruptcy stay. (ECF No. 117.)  After consideration, discovery is stayed with regard to Defendant's third-party complaint.  If the bankruptcy is not dismissed, the parties shall file a status letter by **April 20, 2026**, updating the Court on the status of the bankruptcy proceeding.  In the event the bankruptcy is dismissed, the parties shall alert the Court within seven days of such order dismissing the bankruptcy, so that this matter may be placed back on the active calendar.

     **SO ORDERED.**

Dated:    January 20, 2026
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge