UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LAWRENCE,<br><br>                              Plaintiff,<br><br>             -against-<br><br><br>THOMAS MICHAEL FLOHR,<br><br>                              Defendant. | **ORDER**<br><br>**23-CV-9844 (SHS) (KHP)** |
| THOMAS MICHAEL FLOHR**,**<br><br>                         Third-Party Plaintiff,<br><br>             -against-<br><br>NEW RIVERBANK, LLC, ROY A. HUDSON, and<br>ALLYN BRENNAN,<br><br>                         Third-Party Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Plaintiff's letter and the bankruptcy court order declining to extend the automatic stay, which expired after thirty days pursuant to 11 U.S.C. § 362(c)(3)(A). (ECF No. 119, 119-1.) Accordingly, the Clerk is respectfully directed to restore this case to the active docket and terminate the stay. The Court hereby schedules a case management conference to take place in person on **March 16, 2026, at 2:00 p.m.**, in Courtroom 17-D at 500 Pearl Street, New York, NY 10007. The parties shall file an agenda letter seven days before the conference.

Dated:    February 17, 2026        **SO ORDERED.**
          New York, New York

_Katharine H Parker_

_____
          KATHARINE H. PARKER
          United States Magistrate Judge