```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____4/22/2026_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN LAWRENCE,

                           Plaintiff,

           -against-

THOMAS MICHAEL FLOHR,

                         Defendant.

**ORDER**

**23-CV-9844 (SHS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 21, 2026, the Court received a motion to withdraw from Defendant's counsel. The motion appears to be missing any statement as to whether or not counsel will be asserting a retaining or charging lien. The Court directs Defendant's counsel to comply in full with Local Rule 1.4, which states,

> [s]uch an order may be issued following the filing of a motion to withdraw, and only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, and whether or not the attorney is asserting a retaining or charging lien.

Further, Defendant's counsel is reminded that Local Rule 1.4 also requires that proof of service of the motion to withdraw upon the client be filed. Service may be by email and text message in this case.

    **SO ORDERED.**

    Dated: April 22, 2026
           New York, New York

                                        KATHARINE H. PARKER
                                    United States Magistrate Judge