UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2026
```

| | |
|---|---|
| STEPHEN LAWRENCE, | |
| Plaintiff, | **ORDER** |
| -against- | **23-CV-9844 (SHS)(KHP)** |
| THOMAS MICHAEL FLOHR, | |
| Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court grants Defense counsel's motion to serve his motion to withdraw on Defendant Flohr by overnight and electronic mail.  Defense counsel shall file a certificate of service with the court upon completion of service on Defendant Flohr by overnight mail and electronic mail.

**SO ORDERED.**

Dated:    April 27, 2026
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge