UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/28/2026____
```

| | |
|---|---|
| STEPHEN LAWRENCE, | |
| Plaintiff, | **ORDER** |
| -against- | **23-CV-9844 (SHS)(KHP)** |
| THOMAS MICHAEL FLOHR, | |
| Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court has become aware that the Defendant did not file the Certificate of Default for Third-Party Defendant, Roy A. Hudson, as a separate event on the docket, but rather as an attachment to a Certificate of Service.  (ECF No. 100).  As a result, the Clerk's office was unable to enter the Clerk's Certificate of Default.  The Court directs Defendant to either enter the Certificate of Default as a separate entry on the docket or inform the Court as to any alternative course of action Defendant intends to take in regards to Third-Party Defendant Hudson.

SO ORDERED.

Dated:    April 28, 2026
         New York, New York

_Katharine H Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge