UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN LAWRENCE,

                              Plaintiff,

              -v-

THOMAS MICHAEL FLOHR,

                              Defendant.

---

23-cv-9844 (SHS) (KHP)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff Stephen Lawrence filed a motion for summary judgment on March 19, 2026. (Dkt. No. 125.)  Pursuant to a scheduling order entered by Magistrate Judge Katharine Parker, defendant Thomas Michael Flohr's opposition to Lawrence's motion was due on or before May 4. (Dkt. No. 123.)  As of today, Flohr has not filed any opposition to Lawrence's motion.

In light of the fact Judge Parker granted the motion of Flohr's former counsel, Ambrose M. Richardson, to withdraw on May 13 (Dkt. No. 143), and to provide Flohr adequate time to retain new counsel if he so chooses, Flohr's time to file any papers in opposition to Lawrence's motion for summary judgment is extended May 29, 2026.  The Court notes that Flohr is an attorney admitted to practice in New York.  If no opposition is filed on or before May 29, Lawrence's motion for summary judgment will be taken under advisement on that date.

Dated:  New York, New York
          May 18, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.