UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 05/27/2026
```

STEPHEN LAWRENCE,

              Plaintiff,

    -against-

THOMAS MICHAEL FLOR,

              Defendant.

**ORDER**

**23-CV-9844 (SHS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of the attached letter from Defendant Flohr. As an attorney, Defendant Flohr should know that ex parte communications with the Court are not permitted. Additionally, any extensions for requests of time must be made after consultation with the other parties to ascertain whether they consent, and filed on the docket – not emailed to chambers. The court requests Plaintiff's position on the extension by close of business tomorrow. The Court grants an interim extension of time to Mr. Flor of three business days.

    **SO ORDERED.**

Dated:   May 27, 2026
        New York, New York

_____
          KATHARINE H. PARKER
         United States Magistrate Judge

**Parker NYSD Chambers**

| | |
|---|---|
| **From:** | Thomas Flohr <thomflohr@paymasterservices.co> |
| **Sent:** | Wednesday, May 27, 2026 2:26 PM |
| **To:** | Parker NYSD Chambers |
| **Subject:** | Case 1:23-cv-09844-SHS-KHP Lawrence v. Flohr |

**CAUTION - EXTERNAL:**

Dear Judge Parker,

I am the named defendant in the subject lawsuit, and lost my counsel representation on or about May 18.

While I am admitted to the New York State Bar, I am a corporate attorney, but I don't even practice corporate law extensively.

Consequently, I need to find new counsel to represent me. I cannot represent myself, except possibly as co-counsel, and I haven't had time to find new counsel yet.
I note that my resigning counsel suggested allowing at least 60 days for me to find new counsel and prepare for further activity in this case. I believe I need more time because I have another sudden issue: my wife received a terminal disease diagnosis and prognosis from Dr. Honig, Chairman of Neurology at Columbia, around May 20, with likely less than six months left to live.

I note that a response to the Plaintiff's counsel's Summary Judgment motion is requested for May 29, two days from now, which simply cannot be provided under the circumstances. I could perhaps write a letter commenting on the substance of the motion, but it would not be with the advice of counsel, and I believe it is ill-advised for me to do so.

Your staff indicated I should write this letter to you to seek a reasonable extension under the circumstances. I do not have access to the Pacer system or its filings and they said this communication would be best at this time. I can be reached back by email here, or at +1 212 682 8595.

I appreciate your consideration of these circumstances and my extension request.

Sincerely yours,
*Thom Flohr*

*Thomas M. Flohr*
*Managing Member*