UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/2/2026____
```

| | |
|---|---|
| STEPHEN LAWRENCE,<br><br>                    Plaintiff,<br><br>          -against-<br><br>THOMAS MICHAEL FLOR,<br><br>                    Defendant. | **ORDER**<br><br>**23-CV-9844 (SHS)(KHP)** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Plaintiff's opposition to Defendant Flohr's request for an extension. ECF Nos. 145; 146.  In light of Plaintiff's representations regarding Defendant's cited reasons for requesting an extension, the Court finds that good cause for an extension is present and grants a 30-day extension to **July 2, 2026**.  Plaintiff's Reply will be due by **July 16, 2026**.  No further extensions will be granted.

          **SO ORDERED.**

Dated:    June 2, 2026
          New York, New York

*Katharine H Parker*

          KATHARINE H. PARKER
          United States Magistrate Judge