UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LAWRENCE,

                              Plaintiff,

            -against-

THOMAS MICHAEL FLOR,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/7/2026____

**ORDER**

**23-CV-9844 (SHS)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendant's letter requesting a sixty-day extension to respond to Plaintiff's pending motion for summary judgment. ECF No. 149.  The Court directs Defendant to its June 2, 2026 Order granting a thirty day extension to **July 2, 2026**. ECF No. 148.

**SO ORDERED.**

Dated:    June 7, 2026
            New York, New York

_Katharine H Parker_

KATHARINE H. PARKER
United States Magistrate Judge