**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHEN LAWRENCE,

Plaintiff,

-v-

THOMAS MICHAEL FLOHR,

Defendant.

**Case No.: 1:23-cv-09844-SHS-KHP**

**MONEY JUDGMENT**

Judgment is entered in favor of Plaintiff Stephen Lawrence and against Defendant Thomas Michael Flohr on Plaintiff's breach of contract claim, as more fully set forth in the Court's Decision and Order dated August 3, 2026 (ECF No. 157) ("Order").

The amount of the judgment is One Million One Hundred Ninety-Five Thousand Dollars ($1,195,000), plus prejudgment interest at the rate of nine percent (9%) per year from December 23, 2022 until the Clerk of Court enters judgment, for total prejudgment interest of $393,367.81, for a total judgment of $1,588,367.81, plus mandatory post-judgment interest under 28 U.S.C. § 1961, which shall accrue from the date of entry of the judgment until the judgment is satisfied, plus costs as the prevailing party pursuant to FRCP Rule 54.

**Dated: New York, New York**
**August 19, 2026**

**SO-ORDERED:**

**Hon. Sideny H. Stein, U.S.D.J.**